# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| IH 1, Inc., f/k/a Indalex Holdings Finance, Inc.; IH 2, Inc. f/k/a Indalex, Inc.; IH 3, Inc. f/k/a Indalex Holding Corp.; IH 4, Inc. f/k/a Caradon Lebanon, Inc.; and IH 5, Inc. f/k/a Dolton Aluminum Company, Inc., | : : : : : : | CASE NO. 09-10982 (PJW) (Jointly Administered) |
| Debtors. | : | |
| George L. Miller, in his capacity as Chapter 7 Trustee of the bankruptcy estates of IH 1, Inc., IH 2, Inc., IH 3, Inc., IH 4, Inc., and/or IH 5, Inc., | : : : : : | **STATUS REPORT ON OPEN ADVERSARY PROCEEDINGS** |
| Plaintiff, | : : | |
| vs. | : : | |
| Indalex Limited | : | Adv. No. 11-51593 (PJW) |

Plaintiff files the attached status report providing a status of the above referenced Adversary Proceeding.

Dated: December 19, 2013

Respectfully Submitted,

By: /s/ Peter C. Hughes
Peter C. Hughes, Esquire (#4180)
Dilworth Paxson LLP
One Customs House – Suite 500
704 King Street
Wilmington, DE  19801
Phone: (302) 571-9800
Facsimile: (302) 571-8875
-and-
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA  19102
Phone: (215) 575-7000
Facsimile: (215) 575-7200
Attorneys for George L. Miller,
Chapter 7 Trustee

11415381_1

## STATUS "A"

## ADVERSARY PROCEEDINGS WHERE SERVICE HAS NOT BEEN COMPLETED:

| DEFENDANT | ADVERSARY NUMBER | STATUS |
|---|---|---|
| None | | |

11415381_1

# STATUS "B"

# ADVERSARY PROCEEDINGS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| DEFENDANT | ADVERSARY NUMBER | STATUS |
|---|---|---|
| None | | |

11415381_1

## STATUS "C"

## ADVERSARY PROCEEDINGS WHERE SERVICE IS COMPLETE, NO ANSWERS HAVE BEEN FILED, THEREFORE, PLAINTIFF IS REQUESTING DEFAULT JUDGMENT OR DEFAULT JUDGMENT HAS BEEN ENTERED AND THE CASE MAY BE CLOSED:

| DEFENDANT | ADVERSARY NUMBER | STATUS |
|---|---|---|
| None | | |

11415381_1

## STATUS "D"

## ADVERSARY PROCEEDINGS WHERE A CERTIFICATE OF NO OBJECTION HAS BEEN FILED WITH THE COURT AND CASES CAN BE CLOSED; OR WHERE A SETTLEMENT AGREEMENT HAS BEEN FILED WITH THE COURT AND UPON FILING OF CERTIFICATE OF NO OBJECTION OR UPON APPROVAL OF THE COURT, CASES CAN BE CLOSED; OR A JOINT STIPULATION OF DISMISSAL HAS BEEN FILED AND THE CASE MAY BE CLOSED:

| DEFENDANT | ADVERSARY NUMBER | STATUS |
|---|---|---|
| None | | |

11415381_1

# STATUS "E"

## ADVERSARY PROCEEDINGS HAVE BEEN RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

| DEFENDANT | ADVERSARY NUMBER | STATUS |
|---|---|---|
| None | | |

11415381_1

## STATUS "F"

## ADVERSARY PROCEEDINGS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, THEREFORE, DISCOVERY/DISCLOSURES ARE ONGOING:

| DEFENDANT | ADVERSARY NUMBER | STATUS |
|---|---|---|
| None | | |

11415381_1

## STATUS "G"

## ADVERSARY PROCEEDINGS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED:

| DEFENDANT | ADVERSARY NUMBER | STATUS |
|---|---|---|
| None | | |

11415381_1

## STATUS "H"

## ADVERSARY PROCEEDINGS READY FOR TRIAL:

| DEFENDANT | ADVERSARY NUMBER | STATUS |
|---|---|---|
| None | | |

# STATUS "I"

## ADVERSARY PROCEEDINGS WHERE DISPOSITIVE MOTIONS ARE PENDING:

| DEFENDANT | ADVERSARY NUMBER | STATUS |
|---|---|---|
| None | | |

11415381_1

## STATUS "J"

## CASES STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION / SUGGESTION OF BANKRUPTCY FILED OR REQUIRED:

| DEFENDANT | ADVERSARY NUMBER | STATUS |
|---|---|---|
| Indalex Limited | 11-51593 (PJW) | Proceedings stayed by Order entered 6/13/2011. Canadian insolvency proceedings remain pending. The Trustee will review the status of these proceedings to determine whether the action can be resolved. |

11415381_1

## STATUS "K"

## ADVERSARY PROCEEDINGS WHERE AN APPEAL IS PENDING:

| DEFENDANT | ADVERSARY NUMBER | STATUS |
|---|---|---|
| None | | |

11415381_1